PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00076-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING VACATING PRELIMINARY HEARING; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| ERIC LAMAR WELLS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary hearing on October 18, 2021 at 2:00 pm.

2. By this stipulation, defendant now moves to vacate the preliminary hearing and maintain the admit/deny hearing scheduled before District Judge Shubb on October 25, 2021 at 9:00 am.

3. The government agrees with this request.

IT IS SO STIPULATED.

STIPULATION REGARDING VACATING
PRELIMINARY HEARING

1

| | |
|---|---|
| Dated:  October 13, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ DENISE N. YASINOW<br>DENISE N. YASINOW<br>Assistant United States Attorney |
| Dated:  October 13, 2021 | /s/ CHRISTINA SINHA<br>CHRISTINA SINHA<br>Assistant Federal Public Defender<br>Counsel for Defendant<br>ERIC LAMAR WELLS |

### [PROPOSED] FINDINGS AND ORDER

The Court having read and considered the Stipulation, which this Court incorporates by reference into this Order in full, hereby finds good cause that the preliminary hearing in this matter be VACATED.

IT IS SO FOUND AND ORDERED

Date: October 15, 2021

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING VACATING PRELIMINARY HEARING

2