IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-76-WBS-1 |
| Plaintiff, | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| vs. | |
| ERIC LAMAR WELLS, | |
| Defendant. | |

**TO: THE UNITED STATES MARSHALS**

IT IS HEREBY ORDERED that Defendant Mr. Wells in the above-captioned case be **released from custody by 5:00 p.m. on November 01, 2021,** with the following additional conditions of release:

1. Mr. Wells must not have any contact with Ms. Tonisha Moore, except through a family court order regarding child custody.

2. Mr. Wells must sleep at his reported residence every night.

3. Mr. Wells must restrict his travel to the Eastern District of California, and may only leave this district for employment purposes, or for other

    purposes pre-approved by his assigned Probation Officer.

 4. Mr. Wells must contact his assigned Probation Officer within 24 hours of his release from custody.

IT IS SO ORDERED.

Dated: November 1, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE