UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 28, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC LAMAR WELLS<br><br>Defendant. | Case No.  2:21-cr-0076 WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ERIC LAMAR WELLS</u> Case No. <u>2:21-cr-0076 WBS</u>  Charges <u>18 U.S.C. §3606</u> from custody for the following reasons:

      _____  Release on Personal Recognizance

      _____  Bail Posted in the Sum of $ _____

            _____  Unsecured Appearance Bond $ _____

            _____  Appearance Bond with 10% Deposit

            _____  Appearance Bond with Surety

            _____  Corporate Surety Bail Bond

     **x**    (Other): Defendant to be released on 6/29/2023 at 9:00 AM.

Issued at Sacramento, California on June 28, 2023 at 2:26 PM

By:  /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney