UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERIC LAMAR WELLS,<br><br>　　　　Defendant. | No. 2:21-cr-00076-WBS<br><br><br>ORDER |

----oo0oo----

　　　　Defendant's pro se "Request to Quash and Remove Warrant/Detainer" filed November 8, 2024 (Docket No. 43) is hereby REFERRED to his counsel of record, Christina Sinha, for further action, if any, as may be deemed appropriate.

　　　　IT IS SO ORDERED.

Dated:  November 18, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1