IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC LAMAR WELLS<br>Defendant. | Case №: 2:21-cr-00076 WBS<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above-named defendant seeks appointment of counsel for a consult regarding a potential petition to violate supervised release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Tamara Soloman represent the above defendant in this case effective *nunc pro tunc* to June 27, 2024.

This appointment shall remain in effect until further order of this court.

Dated: March 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE