1   TAMARA SOLOMAN (CSB # 183841))
    Attorney at Law
2   901 H Street, Suite 400
    Sacramento, California  95814
3   Telephone: (916) 712-8962

4   Attorney for Defendant
    Eric Wells
5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10
    UNITED STATES,                    )   Case No.  2:21-cr-00076 WBS
11                                     )
                 Plaintiff,            )   STIPULATION AND ORDER TO CONTINUE
12                                     )   ADMIT/DENY HEARING
          v.                           )
13                                     )
    ERIC WELLS,                        )
14                                     )
                 Defendant,            )
15                                     )

16

17        The United States of America through its undersigned counsel, Denise Yasinow,

18   Assistant United States Attorney, together with counsel for defendant ERIC WELLS, Tamara

19   Soloman, Esq., hereby agree to the following:

20      1.  By previous order, this matter was set for an admit/deny hearing on on June 24, 2025.

21      2.  The defense requests that the matter be continued to July 7, 2025.  This is the first

22          available date for the Court and counsel.

23      3.  Defense counsel makes this request based on trial schedules.  Counsel has been engaged

24          in a state homicide trial since the beginning of the month.  The jury was given an

25          estimated finish date of June 25, 2025.

26      4.  Defense counsel requests additional time to conference with client.

27

28
                                          -1-

5.  The government does not object to the request and the date agreed upon takes into account Government counsel's schedule.

6.  The parties have confirmed that the Probation Officer is also available on July 7, 2025.

7.  By this stipulation it is therefore requested that the admit/deny or status conference be continued to July 7, 2025.

Dated:  June 16, 2025

Respectfully submitted,

*/s/ Tamara Soloman*
TAMARA SOLOMAN
Attorney for Defendant
ERIC WELLS

*/s/Denise Yasinow*
DENISE YASINOW
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED:

The Evidentiary Hearing now set for Tuesday, June 24, 2025 is vacated and reset as a Status Conference Re Supervised Release Violation for **Monday, July 7, 2025 at 10:00 a.m.**

Dated:  June 20, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE