UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 28 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:21-cr-00076-WBS |
| Plaintiff, ) | ORDER FOR RELEASE |
| v. ) | OF PERSON IN CUSTODY |
| ERIC LAMAR WELLS, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **ERIC LAMAR WELLS** Case 2:21CR00076 WBS from custody for the following reasons:

\_   Release on Personal Recognizance

\_   Bail Posted in the Sum of _____

\_   Unsecured bond

\_   Appearance Bond with 10% Deposit

\_   Appearance Bond secured by Real Property

\_   Corporate Surety Bail Bond

**X**   (Other) **Defendant was sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on July 28, 2025 at 11:33 a.m.

By /s/ William B. Shubb
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing